IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LALRALD TERALD SLOMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-124
)
WILLIE TYLER, PHILLIP COLLARD, )
JOHN NEVIN, and CHATHAM COUNTY, )
)
    Defendants. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant Chatham County is **DISMISSED** from this action. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 15th day of October 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT 15 PM 2:41
CLERK
SO. DIST. OF GA.