# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LALRALD TERALD SLOMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-124 |
| WILLIE TYLER, *et al.*, | ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Prisoner Lalrald Sloman filed this 42 U.S.C. § 1983 complaint alleging he was subjected to excessive force during his 2016 arrest. *See* doc. 7 (Order approving Complaint for service, in part). This case should be **DISMISSED** without prejudice because plaintiff has failed to keep the Court apprised of his address or otherwise prosecute his case. Doc. 16 (mail returned from Macon State Prison). *See* L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."); L.R. 41.1(c); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers*

*Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this <u>24th</u> day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA