IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



LALRALD TERALD SLOMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-124
)
WILLIE TYLER, Agent of the )
Chatham Savannah Counter )
Narcotics Team; PHILLIP )
COLLARD, K-9 Officer, Savannah )
Chatham Metropolitan Police )
Department; JOHN NEVIN, Agent )
for the Chatham Savannah )
Narcotics Team; and CHATHAM )
COUNTY; )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 19.) After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Defendants' counterclaim remains pending in this action.

SO ORDERED this 28th day of May 2019.

                         WILLIAM T. MOORE, JR.
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF GEORGIA