# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LALRALD TERALD SLOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-124 |
| | ) | |
| WILLIE TYLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case was filed on May 25, 2018, doc. 1, screened on September 12, 2018, doc. 7, and served in that same month, *see, e.g.,* doc. 9. Defendants answered on November 20, 2018 and raised a counterclaim against plaintiff. Doc. 14. The Court entered a scheduling order on the same date. Doc. 15. However, plaintiff failed to keep the Court apprised of his address, doc. 16, and the Court recommended dismissing the complaint, doc. 19. That recommendation was adopted on May 28, 2019, doc. 21, and plaintiff's complaint was dismissed, although the counterclaims remained pending. Since that time—over a year ago—there has been no filing or other evidence of activity in this case. Accordingly, the counterclaim-plaintiffs are **DIRECTED** to

**SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

*See* Fed. R. Civ. P. 41(b)-(c).

 **SO ORDERED,** this 7th day of October, 2020.

          */s/ Christopher L. Ray*
          CHRISTOPHER L. RAY
          UNITED STATES MAGISTRATE JUDGE
          SOUTHERN DISTRICT OF GEORGIA