IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LALRALD TERALD SLOMAN,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIE TYLER, Agent of the Chatham Savannah Counter Narcotics Team; PHILLIP COLLARD, K-9 Officer, Savannah Chatham Metropolitan Police Department; and JOHN NEVIN, Agent for the Chatham Savannah Narcotics Team;<br><br>    Defendants. | CASE NO. CV418-124 |

**O R D E R**

Before the Court is Defendants Agent Willie Tyler, Sgt. Phillip Collard, and Agent John Nevin's Dismissal Without Prejudice. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(c), a counterclaimant may dismiss a counterclaim by filing a notice of dismissal "before a responsive pleading is served . . . ." As requested, Defendants' counterclaim is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA