AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LALRALD TERALD SLOMAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-124

WILLIE TYLER, PHILLIP COLLARD, and JOHN NEVIN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

accordance with the Order dated May 28, 2019 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court and the order dated October 15, 2020 dismissing Defendants' Counterclaim, this case and the Defendants' Counterclaim are DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| October 15, 2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020